AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Chris Sevier Esq., De Facto Attorneys General,
John Gunter Jr., Special Forces Of Liberty, Pastor
Rich Penkoski, Warriors For Christ,
Deb Maxwell, Special Forces Of Liberty

*Plaintiff(s)*

v.

FLORIDA UNITED STATES
ATTORNEY SOUTHERN DISTRICT

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

99 NE 4th St, Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Sevier Esq.
195 NW 103rd Strreet
Miami, FL 33150

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Chris Sevier Esq., De Facto Attorneys General,<br>John Gunter Jr., Special Forces Of Liberty, Pastor<br>Rich Penkoski, Warriors For Christ,<br>Deb Maxwell, Special Forces Of Liberty<br><br>*Plaintiff(s)*<br><br>v.<br><br>Ron DeSantis, in his official capacity as Governor<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

400 S Monroe St Tallahassee FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Sevier Esq.
195 NW 103rd Strreet
Miami, FL 33150

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▼

| | |
|---|---|
| Chris Sevier Esq., De Facto Attorneys General, John Gunter Jr., Special Forces Of Liberty, Pastor Rich Penkoski, Warriors For Christ, Deb Maxwell, Special Forces Of Liberty <br><br> *Plaintiff(s)* <br> v. <br> Merrick Garland, in his capacity as United States Attorney General <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Sevier Esq.
195 NW 103rd Strreet
Miami, FL 33150

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                   *Signature of Clerk or Deputy Clerk*